FILED 08 JUL 14 15:06 USDC-ORP

AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHAWN RASHAD JONES | ) | Case No: Cr 05-274-KI |
| | ) | USM No: |
| Date of Previous Judgment: 08/18/2006 | ) | Ellen C. Pitcher |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ____ to ____ months    Amended Guideline Range: ____ to ____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Jones pled guilty to possession with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. §§ 841(a) and 841(b)(1)(A). I accepted the parties plea agreement made under Fed. R. Crim. P. 11(c)(1)(C) and sentenced Jones to the 120-month mandatory minimum sentence. His sentence cannot be lowered. US v. Mullanix, 99 F.3d 323, 324 (9th Cir. 1996).

Except as provided above, all provisions of the judgment dated 08/18/2006 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 07/14/2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Garr M. King, United States District Judge
Printed name and title